**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation. | No. 09-md-2096-PHX-FJM |
| THIS DOCUMENT RELATES TO: | **ORDER** |
| Barton, Jill M. v. Matrixx Initiatives, Inc., et al.<br>CV 10-1476-PHX-MHB | |
| Holloway, Susan A. v. Matrixx Initiatives, Inc., et al.<br>CV 10-1483-PHX-SRB | |
| Kirsch, Charnay A. v. Matrixx Initiatives, Inc., et al.<br>CV 10-1382-PHX-ROS | |
| Murter, Joseph F. v. Matrixx Initiatives, Inc., et al.<br>CV 10-1484-PHX-DGC | |
| Ponthieux, Sharon K. v. Matrixx Initiatives, Inc., et al.<br>CV 10-1485-PHX-DGC | |
| Willhite, Jeorge Anthony v. Matrixx Initiatives, Inc., et al.<br>CV 10-1486-PHX-GMS. | |

The court has before it the parties' "Stipulated Motion to Transfer Related Cases to MDL No. 2096 In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation" (doc. 920).

1    Plaintiffs allege that they suffered anosmia after using Zicam Cold Remedy, and assert
2 claims for fraud, negligence, failure to warn, defective design, breaches of express and
3 implied warranty, and violation of the Unfair and Deceptive Trade Practices Act. Plaintiffs'
4 cases involve the same defendants and call for determination of substantially the same
5 questions of law as the other personal injury cases in the MDL. See LRCiv 42.1(a).
6    Therefore, **IT IS ORDERED GRANTING** the parties' stipulated motion to transfer
7 (doc. 920). **IT IS ORDERED** that CV10-1476-PHX-MHB, CV10-1483-PHX-SRB,
8 CV10-1382-PHX-ROS, CV10-1484-PHX-DGC, CV10-1485-PHX-DGC, and
9 CV10-1486-PHX-GMS shall be transferred to In Re: Zicam Cold Remedy Marketing, Sales
10 Practices, and Products Liability Litigation, MDL 09-2096-PHX-FJM.
11    DATED this 4th day of October, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge